# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**JACKIE CAGLE**                                                                        **PLAINTIFF**

V.                    **CASE NO.: 3:07CV00074 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                       **DEFENDANT**

### ORDER

Pending is Plaintiff's motion to extend time to file his brief (docket entry #9). Counsel for Defendant does not object to Plaintiff's motion. Accordingly, Plaintiff's motion is GRANTED. Plaintiff will have until February 4, 2008, to file his brief. Defendant will file a brief within forty-two (42) days of the date Plaintiff's brief is served.

IT IS SO ORDERED this 15th day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE