# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JACKIE CAGLE**                                                                               **Plaintiff**

**v.**                                          **3:07CV00074 BD**

**MICHAEL J. ASTRUE,**
**Commissioner, Social**
**Security Administration,**                                                                 **Defendant**

## <u>JUDGMENT</u>

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 23rd day of July, 2008.

_____
UNITED STATES MAGISTRATE JUDGE